UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ABRAHAM GARCIA DURAN, | Case No.:  3:26-cv-2857-CAB-BJW |
|---|---|
| Petitioner, | |
| v. | **ORDER GRANTING A WRIT OF HABEAS CORPUS** |
| TODD BLANCHE, Deputy U.S. Attorney General, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Abraham Garcia Duran's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he entered the United States in November 2022 seeking asylum, was detained by immigration authorities, and then released on his own recognizance.  [*Id.* at 6.]  He further alleges he was detained on March 1, 2026 while working as a rideshare driver and dropping a passenger at Camp Pendleton.  [*Id.* at 7.]  Petitioner claims that his re-detention violates the Due Process Clause of the Fifth Amendment.  [*Id.* at 12–18.]

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 4.]  Nor do they make any legal arguments against his Fifth Amendment claims.  Indeed, they acknowledge that "Petitioner was previously released from immigration custody on

conditional parole issued under 8 U.S.C. § 1226(a)." [*Id.* at 2.]  Respondents therefore "do not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 3.]

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases.  *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  Respondents are **ORDERED** to immediately release Petitioner Abraham Garcia Duran under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: May 14, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-2857-CAB-BJW